IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                         **4:98CR00135-4**

**TEJAWANI LAVETTE BROWN**

### ORDER

Pending is the Defendant's *pro se* motion to expunge her criminal record. (Docket # 183). Defendant requests that her record be expunged because her son is in the penitentiary and she is the only way for his children to visit. Federal district courts lack subject matter jurisdiction to expunge a criminal record based solely on equitable grounds. *United States v. Meyer*, 439 F. 3d 855 (8th Cir. 2006). Accordingly, Defendant's motion is denied.

IT IS SO ORDERED this 29th day of October, 2008

.

_____
James M. Moody
United States District Judge